IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA, and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>SUMMIT ELECTRICAL CONSTRUCTION, INC., and GARY RICHARD BROWN, an individual,<br><br>Defendants. | No. C 05-01120 WHA<br><br>**ORDER DENYING STIPULATION TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE** |

The parties' stipulation for permission to attend the case management conference by telephone is **DENIED**. Trial counsel shall appear at the conference on **JULY 16, 2005, AT 11:00 A.M.** in person.

**IT IS SO ORDERED.**

Dated: June 13, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE