United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA, and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SUMMIT ELECTRICAL CONSTRUCTION, INC., and GARY RICHARD BROWN, an individual,<br><br>　　　　　Defendants.<br>_____/ | No. C 05-01120 WHA<br><br>**AMENDED ORDER DENYING STIPULATION TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE** |

　　　The parties' stipulation for permission to attend the case management conference by telephone is **DENIED**. Trial counsel shall appear at the conference on *JUNE 16, 2005*, AT **11:00 A.M.** in person.

　　　**IT IS SO ORDERED.**

Dated: June 14, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE