IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA, and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>    Plaintiffs,<br><br>  v.<br><br>SUMMIT ELECTRICAL CONSTRUCTION, INC., and GARY RICHARD BROWN, an individual,<br><br>    Defendants.<br>                                                        / | No. C 05-01120 WHA<br><br>**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT** |

Pursuant to the stipulation of the parties, plaintiff is **GRANTED** leave to file an amended complaint attached as Exhibit A to the stipulation.

**IT IS SO ORDERED.**

Dated: July 22, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California