James P. Watson, (SBN 046127)
Andrea J. Kirkpatrick (SBN 229363)
STANTON, KAY & WATSON, LLP
101 New Montgomery, Fifth Floor
San Francisco, CA 94105
Telephone: (415) 512-3501
Facsimile: (415) 512-3515

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SUMMIT ELECTRICAL CONSTRUCTION, INC.; GARY RICHARD BROWN, an Individual; and ERIK RYAN BURDAN, an Individual,.<br><br>    Defendants. | Case No.: 3:05-cv-01120-WHA<br><br>[~~PROPOSED~~] ORDER RE-SETTING THE DATE FOR REPORTING ON SERVICE OF ERIK RYAN BURDAN. |

Having read and considered Plaintiffs' request to re-set the date for reporting on service on Defendant, ERIK RYAN BURDAN and good cause shown, the Court hereby orders plaintiffs to report to the Court showing service on Defendant, ERIK RYAN BURDAN by  September 30 , 2005.

**IT IS SO ORDERED.**

Dated: September  15 , 2005

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

-1-
(~~PROPOSED~~) ORDER RE-SETTING THE DATE FOR REPORTING ON SERVICE OF ERIK RYAN BURDAN.