James P. Watson (SBN 046127)
Anne Bevington (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery, Fifth Floor
San Francisco, CA  94105
Telephone:  (415) 512-3501
Facsimile:   (415) 512-3515
Email:         AnneB@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SUMMIT ELECTRICAL CONSTRUCTION, INC.; GARY RICHARD BROWN, an Individual; and ERIK RYAN BURDAN, an Individual,<br><br>    Defendants. | Case No.:  3:05-cv-01120-WHA<br><br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO GARY RICHARD BROWN AND ERIK RYAN BURDAN;** **[PROPOSED]** **ORDER OF DISMISSAL** |

### DISMISSAL BY PLAINTIFFS

Defendants Gary Richard Brown and Erik Ryan Burdan having filed bankruptcy petitions and this action being stayed against them, plaintiffs hereby voluntarily dismiss this action against defendants Brown and Burdan, without prejudice, each party to bear his own costs.

///

///

-1-
**VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO GARY RICHARD BROWN AND ERIK RYAN BURDAN;**
**[PROPOSED] ORDER OF DISMISSAL [CASE NO. 3:05-cv-01120-WHA]**

-2-

DATED: February 15, 2006.                            STANTON, KAY & WATSON, LLP


                                                     By: */s/ Anne Bevington*
                                                         Anne Bevington
                                                         Attorneys for Plaintiffs


## ORDER

**IT IS HEREBY ORDERED** that this action be, and it hereby is, dismissed without prejudice as to defendants Gary Richard Brown and Erik Ryan Burdan, each party to bear his own costs. *

DATED: February 16, 2006.

_____
UNITED STATES DISTRICT JUDGE

\* Judgment was entered November 8, 2005, against Summit Electrical Construction, Inc., and in favor of plaintiffs. This order dismisses the entire action remaining. **The Clerk Shall Close the File.**

F:\CASES\7000\7000.1036 Summit Electrical\PLEADINGS\Dismissal.doc